COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-05-096-CV

 

 

 

CAROLYN
VAULTS‑CHASE AND                                          APPELLANTS

EGBERT DAVID CHASE

 

                                                   V.

 

DENTON
AREA TEACHERS CREDIT UNION                                 APPELLEE

 

                                                                                                        

 

                                               ----------

            FROM THE 393RD
DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered AAppellants= Petition
for Voluntary Dismissal of Appeal.@  It is the court's opinion that
the motion should be granted; therefore, we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).  

PER
CURIAM

 

 

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

 

DELIVERED:  December 1, 2005

 











[1]See Tex. R. App. P. 47.4.